# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA,

                        Plaintiff,

            v.

JOSE MANAJARES-VALLADARES,

                        Defendant.

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: CR-12-0036-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Indictment is dismissed with prejudice.

August 30, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson